1070

[No. 46671-6-II.   Division Two.   February 14, 2017.]

*In the Matter of the Personal Restraint of* GARY DANIEL MEREDITH, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 46965-1-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY MILTON THORNTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00266-5, Erik D. Price, J., entered November 19, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 47763-7-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE A. DELORENZE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01224-1, David E. Gregerson, J., entered July 2, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.

[No. 47852-8-II.   Division Two.   February 14, 2017.]

ALAN F. GERVAIS, *Appellant*, v. BRAD L. MIEDERHOFF ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 13-2-01772-9, Robert A. Lewis, J., entered July 1, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Lee, JJ.